1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12 JIANREN XU,                          )
                                        )   No. C 07-0737 JW
13              Plaintiff,              )
                                        )
14         v.                           )
                                        )   **STIPULATION TO EXTEND DATES;**
15 ALBERTO GONZALES, United States Attorney ) **and [PROPOSED] ORDER**
   General, United States Department of Justice; )
16 MICHAEL CHERTOFF, Secretary of the   )
   Department of Homeland Security;     )
17 EMILIO T. GONZALEZ, Director of United )
   States Citizenship and Immigration Service; )
18 DAVID STILL, San Francisco District Director, )
   United States Citizenship and Immigration )
19 Services;                           )
   ROBERT S. MUELLER, III, Director of  )
20 Federal Bureau of Investigations,    )
                                        )
21              Defendants.             )
   ―――――――――――――――――――――――――――           )
22

23     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to the following:

25     1. Plaintiff filed this action on or about February 5, 2007, and Defendants' Answer is due on

26 April 9, 2007.

27     2.  Pursuant to this Court's February 5, 2007 Order Setting Initial Case Management

28 Conference, the parties are required to file a joint case management statement on May 14, 2007,

Stipulation to Extend Dates
C07-0737 JW                              1

1  and attend a case management conference on May 21, 2007.

2     3.  In order to allow sufficient time for the parties to consider an alternative resolution to this

3  case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

4  ask this Court to extend the dates in the Court's scheduling order as follows:

5     Last day for Defendant to file an Answer           April 9
                                                 ~~May 14~~, 2007

6     Last day to file Joint ADR Certification             May 1
                                               ~~June 4~~, 2007

7     Last day to file/serve Joint Case Management Statement:   May 14
                                               ~~June 18~~, 2007

8     Case Management Conference:                   May 21
                                             ~~June 25~~, 2007 at 10:00 a.m.

9

10  Dated: April 5, 2007                            Respectfully submitted,

11                                               SCOTT N. SCHOOLS
                                           United States Attorney

12

13

14                                              _____/s/_____
                                           ILA C. DEISS

15                                               Assistant United States Attorney
                                           Attorney for Defendants

16

17  Dated: April 5, 2007                            _____/s/_____
                                             JUSTIN FOK

18                                               Attorney for Plaintiff

19

20                                          **ORDER**

21

22       Pursuant to stipulation, IT IS SO ORDERED.

23

24  Date:   4/6/2007                                     _____

25                                               JAMES WARE
                                           United States District Judge

26

27

28