1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | JIANREN XU,           )
                          ) No. C 07-0737 JW
13 |         Plaintiff,    )
                          )
14 |     v.               )
                          ) **STIPULATION TO EXTEND DATES;**
15 | ALBERTO GONZALES, United States Attorney ) **and [PROPOSED] ORDER**
General, United States Department of Justice; )
16 | MICHAEL CHERTOFF, Secretary of the    )
Department of Homeland Security;          )
17 | EMILIO T. GONZALEZ, Director of United )
States Citizenship and Immigration Service; )
18 | DAVID STILL, San Francisco District Director, )
United States Citizenship and Immigration )
19 | Services;                                )
ROBERT S. MUELLER, III, Director of      )
20 | Federal Bureau of Investigations,      )
                                          )
21 |         Defendants.                    )
                                          )
22 |

23 |     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 | of record, hereby stipulate, subject to the approval of the Court, to the following:

25 |     1. Plaintiff filed this action on or about February 5, 2007, and Defendants' Answer is due on

26 | April 9, 2007.

27 |     2. Pursuant to this Court's February 5, 2007 Order Setting Initial Case Management

28 | Conference, the parties are required to file a joint case management statement on May 14, 2007,

Stipulation to Extend Dates
C07-0737 JW                                  1

1  and attend a case management conference on May 21, 2007.

2     3.  In order to allow sufficient time for the parties to consider an alternative resolution to this
3  case and/or Answer and prepare a joint case management statement, the parties hereby respectfully
4  ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendant to file an Answer | May 14, 2007 |
| Last day to file Joint ADR Certification | June 4, 2007 |
| Last day to file/serve Joint Case Management Statement: | June 18, 2007 |
| Case Management Conference: | June 25, 2007 at 10:00 a.m. |

Dated: April 5, 2007                                  Respectfully submitted,

                                                      SCOTT N. SCHOOLS
                                                      United States Attorney


                                                      _____/s/_____
                                                      ILA C. DEISS
                                                      Assistant United States Attorney
                                                      Attorney for Defendants


Dated: April 5, 2007                                  _____/s/_____
                                                      JUSTIN FOK
                                                      Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  4/6/2007                                       _____
                                                      JAMES WARE
                                                      United States District Judge