SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIANREN XU, | ) |
|                Plaintiff, | ) No. C 07-0737 JW ) |
|         v. | ) ) **STIPULATION TO DISMISS; AND** |
| ALBERTO GONZALES, United States Attorney General, United States Department of Justice; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Service; DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigations, | ) **[PROPOSED] ORDER** ) ) ) ) ) ) ) ) ) ) |
|                Defendants. | ) ) |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

action without prejudice in light of the fact that the United States Citizenship and Immigration

Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to do so

within 30 days of the dismissal of this action.

Stipulation to Dismiss
C07-0737 JW                                 1

1   Each of the parties shall bear their own costs and fees.

2   Date: April 13, 2007                              Respectfully submitted,

3                                                    SCOTT N. SCHOOLS
4                                                    United States Attorney

5

6                                                    _____/s/_____
                                                     ILA C. DEISS
7                                                    Assistant United States Attorney
                                                     Attorneys for Defendants
8

9

10

11  Date: April 13, 2007                             _____/s/_____
                                                     JUSTIN FOK
12                                                   Attorney for Plaintiff

13

14

15                                  **ORDER**

16  Pursuant to stipulation, IT IS SO ORDERED.

17

18

19  Date:    4/18/2007                               _____
                                                     JAMES WARE
20                                                   United States District Judge

21

Stipulation to Dismiss
C07-0737 JW                              2